UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 07mj2766 |
| Plaintiff | ) | |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Rodriguez | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Miguel Morales-Marquez

DATED: 12/6/07

Ruben B. B...

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____           OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by
   Deputy Clerk

CLERK'S OFFICE COPY                ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95